FILED - USDC -NH
2026 MAY 1 AM10:14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

**JOHN DOE,** Plaintiff,

**v. TRUSTEES OF DARTMOUTH COLLEGE,** Defendant.

Civil Action No. _____

---

**COMPLAINT**

**NOTICE: Plaintiff is proceeding under a pseudonym and has filed a motion to do so pursuant to Local Rule 10.1.**

---

## I. PARTIES

1. Plaintiff, **John Doe**, is an individual currently residing in California. Due to the sensitive nature of the claims herein, Plaintiff is proceeding under a pseudonym as set forth in the accompanying Motion.

2. Defendant, **Trustees of Dartmouth College**, is a private institution of higher education located in Hanover, New Hampshire.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1331** (Federal Question).

1

4. Venue is proper in the District of New Hampshire under **28 U.S.C. § 1391(b)** because the Defendant is located in this District and a substantial part of the events giving rise to the claim occurred here.

## III. STATEMENT OF FACTS

5. **THE JEWS ARE A RACIAL SUPREMACIST ETHNIC GROUP WHOSE ULTIMATE GOAL IS TO EXTERMINATE OR ENSLAVE ALL NON-JEWS.**

6. The Jews are not a 'religion,' as imbeciles commonly believe. A person's religion is determined by their belief – a person may convert to a religion by believing its principles and taking on its practices. But one may not become a Jew by belief and practice alone – one can only be a Jew by heredity. Therefore, the Jews are an *ethnic group*.

7. The Jews are a racial *supremacist* group because they believe themselves to be superior to non-Jews. They call themselves "God's Chosen People." The Jews do not stop at believing they are superior to non-Jews, they consider non-Jews to be *animals*, referring to non-Jews as 'goyim' (cattle). But it is not even enough for them to consider non-Jews animals: Jews believe it is acceptable to lie to, torture, and kill non-Jews. But even these heinous beliefs are not enough for the Jews! The Jews believe that all goyim must be exterminated or enslaved. From the Jewish religious texts:

> "The Jews are human beings. The non-Jews are beasts and not human"
> (Baba Mezia 114b)

2

"To communicate anything to a Goy about our religious relations would be equal to the killing of all Jews, for if the Goyim knew what we teach about then, they would kill us openly" (Libbre David 37)

"All property of other nations belongs to the Jewish nation, which, consequently, is entitled to seize upon it" Shulchan Arukh, Choshen Mishpat 348)

"Murdering Goyim is like killing a wild animal" (Sanhedrin 59a)

"The best of the Gentiles should be killed." (Abodah Zara 26b)

8. **THE JEWS HAVE A LONG HISTORY OF VICIOUSLY OPPRESSING NON-JEWS IN SERVICE OF THEIR ULTIMATE GOAL OF EXTERMINATING OR ENSLAVING ALL NON-JEWS.**

9. In the last few hundred years, the Jewish Supremacists have been expelled from their host nation at least 119 separate times, usually for viciously oppressing non-Jews. The modus operandi of the Jewish Supremacists is apparent: use Jewish nepotism to unfairly take control of influential professions such as law, media, business, and government. Simultaneously, remove the 'best and brightest' of the non-Jews from influential positions and replacing them with 'useful idiots' who unwittingly do the Jews' bidding for them. Eventually, the Jewish Supremacists outright *kill* the members of the host nation, sometimes by means incomprehensible to most, including most Jews. This is the behavior of the Jewish Supremacists again and again.

10. In the last century, the Jewish Supremacists used this modus operandi to torture and kill millions of innocents in Eastern Europe. By nepotism, they secured

position of power. They allowed into positions of influence only the non-Jews who were controllable by their Jewish Supremacist overlords: dimwits, criminals, and the impressionable. Once the Jewish Supremacists gained sufficient control, the few capable non-Jew in influential positions were exterminated. Without the protection of a non-Jewish upper-class, non-Jewish commoners were exterminated next. The Jewish Supremacists killed around 5 million innocent non-Jews in the Holodomor, and millions more in the Jewish Bolshevik Revolution and similar events.

11. During the Interwar Period in Central Europe, the Jewish Supremacists returned to their modus operandi, using unfair Jewish Nepotism to gain power over non-Jews, then viciously oppressing them. After WWII, the Jewish Supremacists invented a story that is the total *inverse* of the truth; The events of WWII were not an act of genocide by the Germans against the Jews, they were an act of genocide perpetrated *by the Jews against the Germans* and other non-Jews. The myth of the 'Holocaust' – the human soap, the lamps skin, the roller-coaster of death, the 'gas chambers' that had no gas, the ovens that burned more feverously than modern vacuum-sealed cremation ovens, the chimney that carried the ashes that wasn't built until the 1950's, the nail scratches on the concrete, the '6 million' number that was reported in the Jew-run press for decades before the outbreak of the war, the diary of 'Ann Frank' that was written years later by a middle-aged Jewish man, the photographs of dead Poles with typhus – how could one be so moronic to actually believe in this bombastic malarkey! The Jewish Supremacists have made farcical tales of victimhood for

4

thousands of years. Indeed, the foundational myth of Judaism – the story of Moses – is a farse and a complete inversion of the truth, like the 'Holocaust': The Jews were not enslaved and victimized by the Egyptians, they were the enslavers and ruthless oppressors of the Egyptians. The myth of Moses was cooked up hundreds of years after the alleged fact. Just as most people in the past lacked the intellectual sophistication to realize that the story of Moses was a farse, many modern people lack the intellectual sophistication to realize the 'Holocaust' is a farse. They Jewish Supremacists use their alleged oppression in the bogus Holocaust to justify their heinous behavior today, including their ongoing genocide of the Palestinian people.

12. **IN SERVICE OF THEIR GOAL TO EXTERMINE OR ENSLAVE ALL NON-JEWS, THE JEWISH SUPREMACISTS DISCRIMINATE AGAINS NON-JEWISH WHITES. PLAINTIFF WAS A VICTIM OF THIS DISCRIMINATION.**

13. According to the Kalergi Plan, a plan drafted by the Jewish Supremacists with the express goal of exterminating non-Jewish Whites, the Jewish Supremacists must gain power over educational institutions and use that power to disposes non-Jewish Whites from positions of power and influence. Dartmouth, like nearly all other education institutions, has fallen under control of the Jewish Supremacists. Nearly all positions of substantial influence at Dartmouth are occupied by Jews. Overwhelming evident demonstrates that the admissions process at elite universities such as Dartmouth, under control of the Jewish Supremacists, is discriminatory in favor of Jewish applicants over non-Jewish White applicants. For example, an extensive analysis by Ron Unz, himself a Jew, revealed that

5

Jews account for about 4% of qualified applicants to Harvard undergraduate study, yet account for nearly 40% of admitted applicants.

14. Tuck School of Business (a program of Dartmouth), the school to which Plaintiff applied, illegally discriminated against Plaintiff due to his non-Jewish White ethnic heritage. Plaintiff applied for admission to the school's Master of Business Administration (MBA) program for the class entering in 2024. Plaintiff applied with a GMAT test score higher than 99% of test-takers and higher than approximately 95% of 2024's entering class. Plaintiff applied with an undergraduate GPA within the normal range of admitted students, and a long career of impressive and unique accomplishments. Despite Plaintiff's outstanding qualifications, Dartmouth notified Plaintiff on May 2, 2024 that his application for admission was denied.

15. The school's application included questions about the applicant's ethnic heritage; There is no reasonable explanation for including such questions in the application other than that Defendant intended to racially discriminate against certain ethnic groups. The application also asked applicants for their names. The presence of names on the application allows admissions staff to fairly reliably identify Jewish applicants even if the Jewish applicants indicate they are 'White' on the application. (Certain names are common among Jews.) Given today's technology, which could anonymize applications at virtually no trouble or expense, the presence of names on applications indicates an intent to discriminate along ethnic lines.

16. The results of Dartmouth's racist admissions practices are apparent. Nearly all 'White' students at Dartmouth, including the business school, are Jews. Non-

6

Jewish Whites are nearly completely excluded from admission unless they meet a few criteria that are not required of Jews or non-Whites: they must be female, they must be queer, or they must be veterans of the U.S. armed forces. The Defendant admits these White applicants because they pose no threat to the Jewish Supremacists. The Jewish Supremacists consider women unthreatening because research, such as the Solomon Asche experiments, shows women are more obedient to authority more willing to lie in order to conform to social norms. When Jewish Supremacists control authoritative institutions and control social norms though their dominance of the media, women are largely complicit with the Jewish Supremacists. The situation is similar with queers. Veterans of the U.S. armed forces are allowed admission as a means of incentivizing non-Jewish Whites to serve Israel by serving the U.S. armed forces. (Indeed, all major foreign engagements of the U.S. armed forces, and especially recent engagements, have almost exclusively benefited the Jewish Supremacists. The purpose of the U.S. interventions in Iraq, Egypt, Syria, Libya, and Iran was to destroy the armies of the Middle East so that Israel could exterminate the Palestinians unimpeded. It was Benjamin Netenyahu who provided U.S. officials fabricated reports of 'weapons of mass destruction' in order to coax the U.S. armed forces to destroy the Iraqi army. Among the approximately 20 people responsible for convincing George Bush to invade Iraq, all but 1 or 2 were Jews. The invasion killed nearly a million innocent Iraqis and destroyed the Iraqi army, allowing the Jewish Supremacists to exterminate the Palestinians without intervention from the Iraqi army.) Requiring non-Jewish White males to

7

demonstrate a willingness to "die 4 Israel" (or to at least get fucked up the ass) to be considered for admission constitutes a clear violation of the Equal Protection Clause and the Civil Rights Act.

17. It is not necessary that the Dartmouth admissions staff be explicitly instructed to discriminate against non-veteran non-Jewish White male applicants in order for the Defendant to illegally discriminate against these applicants. The admissions staff can be trained to discriminate without explicit instructions just as a dog may be trained not to shit in the house. The admissions staff are effectively the 'useful idiots' of the Jewish Supremacists, just like the useful idiots of the genocidal Jewish Bolsheviks.

## IV. COUNTS

18. **DARTMOUTH IS SUBJECT TO TITLE VI AND THE EQUAL PROTECTION CLAUSE. DARTMOUTH VIOLATES THE LAW.**

19. Plaintiff incorporates by reference the allegations contained in paragraphs 13 through 17 as if fully set forth herein. Defendant receives substantial federal financial assistance, making it subject to the non-discrimination mandates of Title VI of the Civil Rights Act of 1964. The Supreme Court has held that the discrimination prohibited by Title VI is co-extensive with the Equal Protection Clause of the Fourteenth Amendment. By engaging in the discriminatory practices described herein, Defendant has violated the standards set forth in Title VI.

## V. PRAYER FOR RELIEF

8

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in his favor and against the Defendant, and award the following relief:

1. **Declaratory Relief:** Issue a judgment declaring that the Defendants' admissions policies and practices at Dartmouth violate Title VI of the Civil Rights Act of 1964 by discriminating against the Plaintiff on the basis of non-Jewish White heritage.

2. **Preliminary Injunction:** Issue an order preliminarily enjoining the Defendants from receiving any further federal financial assistance.

3. **Preliminary Injunction:** Issue an order preliminarily enjoining the Defendants from admitting any new students.

4. **Permanent Injunction:** Issue a permanent injunction prohibiting the Defendants from using discriminatory admissions criteria.

5. **Compensatory Damages:** Award the Plaintiff compensatory damages of $6,000,000 or an amount to be proven at trial for the loss of educational and professional opportunities, application fees, and the emotional distress caused by the Defendants' discriminatory conduct.

6. **Punitive Damages:** Award punitive or exemplary damages to deter the Defendants from future willful violations of federal civil rights laws.

7. **Costs:** Award Plaintiff the costs of this action, including filing fees and service of process expenses.

8. **Other Relief:** Grant such other and further relief as the Court deems just and proper.

9

---

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated: April 27, 2026

Respectfully submitted,

*John Doe*

**John Doe, Plaintiff Pro Se** c/o Clerk of Court (Under Seal) 55 Pleasant Street, Room 110 Concord, NH 03301

---

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**